IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-438-ECM ) |
| DEPARTMENT OF LABOR, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On January 19, 2024, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 15) is ADOPTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 22nd day of May, 2024.

                                             /s/ Emily C. Marks  
                                      EMILY C. MARKS  
                                      CHIEF UNITED STATES DISTRICT JUDGE